# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew E., individually and on behalf of B.E., and B.E.<br><br>Plaintiff,<br><br>vs.<br><br>Aetna Life Insurance Company, Trinet Group, Inc. and The Trinet HR III, Inc. Employee Benefit Plan,<br><br>Defendants. | CASE NO. 4:25-cv-07535<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY |

The Court has reviewed and considered Plaintiffs' motion to proceed pseudonymously. For good cause shown, the Court GRANTS the motion.

IT IS HEREBY ORDERED.

DATED: November 4, 2025

_____
U.S. DISTRICT COURT JUDGE