1  JORDAN S. ALTURA  (SBN: 209431)
   jaltura@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
3  San Francisco, CA 94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Scott M. Petersen, *Pro Hac Vice Application Forthcoming*
   Matthew S. Brahana, *Pro Hac Vice Application Forthcoming*
6  **FABIAN VANCOTT**
7  95 South State Street, Suite 2300
   Salt Lake City, Utah  84111
8  Telephone:  (801) 531-8900
   Facsimile: (801) 531-1716
9  spetersen@fabianvancott.com
   mbrahana@fabianvancott.com
10
   Attorneys for Defendant
11 AETNA LIFE INSURANCE COMPANY

12 Gregory Kennt Nelson
   nelson@weeksnelson.com
13 WEEKS NELSON
   P.O. Box 675963
14 Rancho Santa Fe, CA  92067

15 Karra J. Porter, *Admitted Pro Hac Vice*
   karra.porter@chrisjen.com
16 CHRISTENSEN & JENSEN P.C.
   257 East 200 South, Suite 1100
17 Salt Lake City, UT  84111

18 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW E., individually and on behalf of B.E., and B.E., <br><br>           Plaintiffs, <br><br>      vs. <br><br> AETNA LIFE INSURANCE COMPANY and the TRINET GROUP, INC., and the TRINET HR III, INC. EMPLOYEE BENEFIT PLAN, <br><br>           Defendants. | Case No. 3:25-cv-07535-LJC <br><br> **ORDER ON STIPULATED MOTION TO TRANSFER VENUE** |

-1-    Case No. 3:25-cv-07535-LJC
ORDER ON STIPULATED MOTION TO TRANSFER VENUE

Having reviewed the Stipulated Motion to Transfer Venue submitted by Defendant Aetna Life Insurance Company and Plaintiffs, Matthew E. and B.E., and good cause appearing therefor:

IT IS HEREBY ORDERED:

This matter shall be transferred to the United States District Court for the District of Connecticut.

Dated: November 10, 2025

_____
MAGISTRATE JUDGE LISA J. CISNEROS